AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Brown, Joe B. | Middle District TN | 09/23/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (Recall Full) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

Room 783 U.S. Courthouse
801 Broadway
Nashville, TN 37203

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee Assets listed Part VII line 181 | Y P Trust. Trust▮▮▮ Cemetary |
| 2. | Lecturer in Criminal Law | Nashville School of Law |
| 3. | Adjunct Professor of Law | Vanderbilt University School of Law |
| 4. | Custodian Assets listed Part VII line 108 | Uniform Gift to ▮▮▮ |
| 5. | Custodian Assets listed Part VII line 108 | Education trust ▮▮▮ |
| 6. | Custodian Assets listed Part VII line 108 | Education Trust ▮▮▮ |
| 7. | Custodian Assets listed Part VII line 108 | Education trust ▮▮▮ |
| 8. | Custodian Assets listed Part VII line 108 | Education trust ▮▮▮ |
| 9. | Custodian Assets listed Part VII line 108 | Education trust ▮▮▮ |
| 10. | Custodian Assets listed Part VII line 108 | Education trust ▮▮▮ |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/22/89 | Nashville School of Law, Agreement to teach a Course on Federal Criminal Law as scheduled. |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 09/23/2014 |

2. 4/5/06          Vanderbilt University School of Law, Agreement to teach course on Pretrial Litigation

3.

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 09/23/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Income from Flight and Scuba Instruction | $0.00 |
| 2. 2013 | Teaching Position Nashville School of Law | $0.00 |
| 3. 2013 | Teaching Posituion Vanderbilt School of Law | $5,000.00 |
| 4. 2013 | Tobacco buy out Settletment fund UDSA | $2,181.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 09/23/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 09/23/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Abbott Labs (ABT) | A | Dividend | | | Buy | 03/21/13 | J | | |
| 2. | | | | | Sold | 03/26/13 | J | A | |
| 3. Abbvie Inc (ABBV) | A | Dividend | J | T | Buy | 01/02/13 | J | | |
| 4. | | | | | Sold | 01/04/13 | J | | Sold at loss |
| 5. | | | | | Buy | 04/29/13 | J | | |
| 6. Adidas (ADDYY) | A | Dividend | | | Sold | 05/03/13 | J | A | |
| 7. Adobe Systems (ADBE) | A | Dividend | J | T | | | | | |
| 8. Amazon (AMZN) | A | Dividend | J | T | | | | | |
| 9. American Beacon (AAIPX) | A | Dividend | | | Merged (with line 10) | 03/25/13 | J | | |
| 10. American Beacon (ABEYX) | A | Dividend | K | T | Buy (add'l) | 03/25/13 | J | | Changed stock code |
| 11. | | | | | Buy (add'l) | 04/18/13 | K | | |
| 12. | | | | | Sold (part) | 06/24/13 | J | A | |
| 13. American Capital World Growth (CWGIX) | A | Dividend | J | T | | | | | |
| 14. | | | | | Sold (part) | 06/24/13 | J | A | |
| 15. American Century Small Cap (ACVIX) | A | Dividend | J | T | | | | | |
| 16. American Grwth Fund of America (AFAFX) | A | Dividend | | | Sold | 06/21/13 | K | C | |
| 17. American Europacfic Grwth (AEGFX) | A | Distribution | | | Sold | 06/21/13 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 09/23/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Express Stock (AXP) | A | Dividend | K | T | | | | | |
| 19. American International Group Inc (AIG) | A | Dividend | J | T | Buy | 04/30/13 | J | | |
| 20. Anadarko Pete Corp (APC) | A | Dividend | J | T | Buy | 12/5/13 | J | | |
| 21. Apache Corp (APA) | A | Dividend | | | Sold | 04/18/13 | J | | Sold at loss |
| 22. Apple (AAPL) | A | Dividend | J | T | | | | | |
| 23. Ascena Retail Group (ASNA) | A | Dividend | | | Sold | 01/08/13 | J | | Sold at loss |
| 24. Automatic Data Processing (ADP) | A | Dividend | | | Sold | 02/07/13 | J | A | |
| 25. BB&T Corp (BBT) | A | Dividend | J | T | | | | | |
| 26. Bed Bath & Beyond (BBBY) | A | Dividend | J | T | | | | | |
| 27. Blackrock Util and Telecom (MDGUX) | A | Dividend | J | T | | | | | |
| 28. Boeing Co (BA) | A | Dividend | J | T | Buy | 04/04/13 | J | | |
| 29. | | | | | Buy (add'l) | 04/08/13 | J | | |
| 30. Broadcom Corp (BRCM) | A | Dividend | J | T | | | | | |
| 31. Canadial Picific Railray LTD (CP) | A | Dividend | J | T | Buy | 01/03/13 | J | | |
| 32. Capitol One Finl (COF) | A | Dividend | | | Sold | 05/14/13 | J | A | |
| 33. Capital World Gr & Iinc Fund (CWGIX) | B | Dividend | K | T | | | | | |
| 34. Cardinal Health Inc (CAH) | A | Dividend | J | T | Buy | 02/19/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 09/23/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Caterpiliter (CAT) | A | Dividend | J | T | | | | | |
| 36. Carvinal Corp (CCL) | A | Dividend | J | T | Buy | 11/01/13 | J | | |
| 37. Celegene Corp (CELG) | A | Dividend | | | Sold | 03/11/13 | J | A | |
| 38. CF Industries Holding (CF) | A | Dividend | | | Sold | 04/29/13 | J | | Sold at loss |
| 39. Chevron (CVX) | A | Dividend | J | T | | | | | |
| 40. Cisco Sys Inc (CSCO) | A | Dividend | J | T | | | | | |
| 41. CIT Group (CIT) | A | Dividend | J | T | Sold (part) | 07/25/13 | J | A | |
| 42. CITIGROUP (C) | A | Dividend | J | T | | | | | |
| 43. Citrix Sys inc (CTSX) | A | Dividend | J | T | Buy | 12/26/13 | J | | |
| 44. CMS Energy (CMS) | A | Dividend | J | T | | | | | |
| 45. Colgate Palmolive (CL) | | None | | | Sold | 10/31/12 | J | A | See remarks Section VIII |
| 46. Comcast (CMCSA) | A | Dividend | J | T | | | | | |
| 47. CVS/Caremark (CVS) | A | Dividend | J | T | | | | | |
| 48. Danaher (DHR) | A | Dividend | J | T | | | | | |
| 49. Delaware Value Instl (DDVIX) | A | Dividend | K | T | Buy | 06/24/13 | K | | |
| 50. Disney Walt (DIS) | A | Dividend | J | T | | | | | |
| 51. Dodge and Cox (DODFX) | A | Int./Div. | | | Sold | 04/18/13 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 09/23/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Eaaton Corp PLC (ETN) | A | Dividend | J | T | Buy | 05/07/13 | J | | |
| 53. E M C Corp (EMC) | A | Dividend | | | Sold | 10/17/13 | J | | Sold at loss |
| 54. Enegizer Hlodings (ENG) | A | Dividend | J | T | | | | | |
| 55. Expres Scripts (ESRX) | A | Dividend | J | T | | | | | |
| 56. Exxon (XOM) | A | Dividend | | | Sold | 08/27/13 | J | A | |
| 57. Facebook Inc (FB) | A | Dividend | | | Sold | 10/03/13 | J | A | |
| 58. First Eagle Overseas (SGIOX) | A | Dividend | J | T | Buy (add'l) | 04/19/13 | J | | |
| 59. | | | | | Buy (add'l) | 09/24/13 | J | | |
| 60. Franklin TN School Dist Bonds | A | Interest | J | T | | | | | |
| 61. General Electric (GE) | A | Dividend | J | T | | | | | |
| 62. Gilead Scientific Inc (GILD) | A | Dividend | J | T | Buy | 03/26/13 | J | | |
| 63. Goggle (GOOG) | A | Dividend | J | T | | | | | |
| 64. Halliburton (HAL) | A | Dividend | J | T | | | | | |
| 65. Harding Loevner Intl Equity (HMLIX) | A | Dividend | K | T | Buy | 04/18/13 | J | | |
| 66. Health Stream Stock (HSTM) | A | Dividend | K | T | | | | | |
| 67. Heartlandvalue plus (HNVIX) | A | Dividend | K | T | Buy (add'l) | 06/21/13 | J | | |
| 68. Hologic (HOLX) | A | Dividend | | | Sold | 11/12/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 09/23/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Hotckins & Wiley FDS (HWSIX) | A | Dividend | J | T | Sold (part) | 03/14/13 | J | A | |
| 70. Hewlett Packard Inc (HPQ) | A | Dividend | J | T | Buy | 04/16/13 | J | | |
| 71. Hyatt Hotels Corp (H) | A | Dividend | J | T | Buy | 01/10/13 | J | | |
| 72. ING Intermediate Bond Fund (IIBWX) | A | Dividend | J | T | | | | | |
| 73. Intel Stock (INTC) | A | Dividend | K | T | | | | | |
| 74. International Business Machine (IBM) | A | Dividend | J | T | | | | | |
| 75. Intercontentialexchange (ICE) | A | Dividend | J | T | | | | | |
| 76. International Paper Co (IP) | A | Dividend | J | T | Buy | 2/21/13 | J | | See Note Paart VIII |
| 77. IsharesTR S&P (MUB) | A | Dividend | J | T | | | | | |
| 78. Ishares MSCCI EMU Index (EZU) | A | Dividend | | | Sold | 04/19/13 | J | A | |
| 79. Ishares MSCI EAFE IDX (EFA) | A | Dividend | K | T | Sold (part) | 04/16/13 | J | A | |
| 80. | | | | | Buy (add'l) | 08/07/13 | J | | |
| 81. | | | | | Buy (add'l) | 11/05/13 | J | | |
| 82. | | | | | Buy (add'l) | 11/12/13 | J | | |
| 83. Ishares Russell 1000 Value (IWD) | A | Dividend | J | T | Buy | 04/16/13 | J | | |
| 84. Ishares Russell 2000 (IWN) | A | Dividend | J | T | Buy | 04/16/13 | J | | |
| 85. Johnson & Johnson (JNJ) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 09/23/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. JPMORGAN (JPM) | A | Dividend | J | T | | | | | |
| 87. Kohks Corp (KSS) | A | Dividend | J | T | Buy | 05/20/13 | J | | |
| 88. Lazard Emerging Markets (EMBIX) | A | Dividend | J | T | Buy | 06/24/13 | J | | |
| 89. Lazard Intl Strategic Equity Portfolio (LISIX) | A | Dividend | K | T | Buy | 04/18/13 | K | | |
| 90. Legg Mason (LGEMX) | A | Dividend | | | Sold | 06/24/13 | J | | sold at loss |
| 91. LKCM Small-Mid Cap Equity (LKSMX) | A | Dividend | J | T | Sold (part) | 04/18/13 | J | A | |
| 92. | | | | | Sold (part) | 08/28/13 | J | A | |
| 93. Marathon Oil Corp (MRO) | A | Dividend | J | T | Buy | 06/13/13 | J | | |
| 94. McGraw Hill Cos (MHP) | A | Dividend | | | Sold | 02/08/13 | J | | sold at loss |
| 95. Merc & Company (MRK) | A | Dividend | J | T | | | | | |
| 96. Metlife (MET) | A | Dividend | J | T | | | | | |
| 97. MFS Growth Fund (MFEIX) | A | Dividend | K | T | Buy | 06/21/13 | K | | |
| 98. Microsoft Stock (MSFT) | A | Dividend | K | T | | | | | |
| 99. Monsanto (MON) | A | Dividend | J | T | | | | | |
| 100. Morgan Stanley (MS) | A | Dividend | J | T | | | | | |
| 101. Morgan Stanley Mutual Fund (VADBX) (Retirement account) | A | Dividend | J | T | | | | | |
| 102. Motorola Solutions (MSI) | A | Dividend | | | Sold | 07/30/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 09/23/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Nashville School of Law IRA Unit FT GBL Div LDR | A | Dividend | J | T | | | | | |
| 104. Nashville School of Law IRA Van Kamplen EAFE Select 20 (Y) | | | | | | | | | |
| 105. Nashville School of Law IRA Unit investment Trust | A | Int./Div. | J | T | Buy | 01/05/13 | J | | |
| 106. National-Oil Well Varco (NOV) | A | Dividend | | | Sold | 01/08/13 | J | | Sold at loss |
| 107. NXP Semiconductor (NXPI) | A | Dividend | J | T | Buy | 07/16/13 | J | | |
| 108. Occidental Pete Co (OXY) | A | Dividend | J | T | | | | | |
| 109. OHIO College Advantage 529 plan BLack Growth portfolio (ALL GC) | B | Dividend | O | T | Buy (add'l) | 10/23/13 | K | | See Section VIII |
| 110. Omnicom Group (OMC) | A | Dividend | | | Sold | 02/07/13 | J | A | |
| 111. Oracle Corp (ORCL) | A | Dividend | | | Sold | 12/02/13 | J | A | |
| 112. Pepisco Inc (PEP) | A | Dividend | J | T | | | | | |
| 113. Petsmart (PETM) | A | Dividend | | | Sold | 10/07/13 | J | A | |
| 114. Pfizer Inc (PFE) | A | Dividend | J | T | Buy | 01/29/13 | J | | |
| 115. Phillip Morrris (PN) | A | Dividend | J | T | | | | | |
| 116. PIMCO Total Return (PTTRX) | A | Dividend | J | T | Buy (add'l) | 06/24/13 | J | | |
| 117. Procter & Gamble Co (PG) | A | Dividend | J | T | Buy | 01/29/13 | J | | |
| 118. Qualcomm Inc (QCOM) | A | Dividend | | | Sold | 09/13/13 | J | A | |
| 119. RIO Tinto PLC (RIO) | A | Dividend | J | T | Buy | 11/18/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 09/23/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Royal Caribbean Cruises (RCL) | A | Dividend | J | T | | | | | |
| 121. Rydex ETF S&P 500 Equal Weight (RSP) | A | Dividend | J | T | | | | | |
| 122. Rydex S&P Pure Gr Mid Cap ETF (RFG) | A | Dividend | J | T | | | | | |
| 123. Rydex S&P Small Cap ETF (RZG) | A | Dividend | J | T | | | | | |
| 124. Sandisk Corp (SNDK) | A | Dividend | J | T | Buy | 08/19/13 | J | | |
| 125. Schroder Emerging Markets (SEMNX) | A | Dividend | J | T | Buy | 04/18/13 | J | | |
| 126. | | | | | Buy (add'l) | 06/21/13 | J | | |
| 127. Signet Jewlers LTD (SIG) | A | Dividend | J | T | Buy | 10/30/13 | J | | |
| 128. Spirit Aerosystems Hldgs Inc (SPR) | A | Dividend | J | T | Buy | 09/05/13 | J | | |
| 129. SPDR Barcklays Municipal Bond ETF (TFI) (X) | A | Dividend | J | T | Buy (add'l) | 03/13/13 | J | | |
| 130. SPDR Gold Trust (GLD) | A | Dividend | J | T | Sold (part) | 04/16/13 | J | | Sold at loss |
| 131. | | | | | Sold (part) | 11/12/13 | J | | Sold sat loss |
| 132. SPDR S&P Mid Cap 400 (MDY) | A | Dividend | | | Sold | 04/16/13 | J | A | |
| 133. Stanley Black & Decker (SWK) | A | Dividend | | | Sold | 06/13/13 | J | A | |
| 134. Sysco Corp (SYY) | A | Dividend | J | T | Buy | 08/05/13 | J | | |
| 135. Target Corp (TGT) | A | Dividend | | | Sold | 10/30/13 | J | A | |
| 136. TCW Relative Value Large Cap (TGDIX) | A | Dividend | | | Sold | 06/24/13 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 09/23/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Texas Instruments Inc (TXN) | A | Dividend | J | T | Buy | 04/22/13 | J | | |
| 138. Thermo Fisher Scientific (TMO) | A | Dividend | J | T | | | | | |
| 139. Thornburg Intl Value (TGVIX) | A | Dividend | | | Sold | 04/16/13 | K | B | |
| 140. Tractor Supply (TSCO) | A | Dividend | K | T | | | | | |
| 141. Transocean LTD (RIG) | A | Dividend | J | T | Buy | 03/04/13 | J | | |
| 142. Travelers Cos Inc (TRV) | A | Dividend | | | Sold | 07/16/13 | J | A | |
| 143. TRW Automative Holdings Corp (TRW) | A | Dividend | J | T | Buy | 06/13/13 | J | | |
| 144. Tyson Foods inc (TSN) | A | Dividend | | | Sold | 08/05/13 | J | A | |
| 145. United Health Group Inc (UTX) | A | Dividend | J | T | Buy | 10/07/13 | J | | |
| 146. United Parcel Service (UPS) | A | Dividend | J | T | | | | | |
| 147. United Techonologies Corp (UTX) | A | Dividend | J | T | | | | | |
| 148. Unilever N V N Y Shrs (UN) | A | Dividend | | | Sold | 07/02/13 | J | A | |
| 149. USAA Agressive Grwth Fund (UIAGX) | A | Dividend | J | T | | | | | |
| 150. USAA Emerging Markets (UIEMX) | A | Dividend | K | T | Sold (part) | 04/17/13 | J | | Sold at loss |
| 151. | | | | | Buy (add'l) | 03/13/13 | J | | |
| 152. USAA High Income Fund (UIHIX) | A | Dividend | J | T | Sold (part) | 06/24/13 | J | A | |
| 153. USAA Income Fund Institutional Shares (UIINX) | A | Int./Div. | J | T | Buy (add'l) | 06/24/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 09/23/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  USAA Managed Allocation (UMFAX) | A | Int./Div. | K | T | Buy (add'l) | 06/24/13 | K | | |
| 155.  USAA Precious Metals & Minersls Funds (UIPMX) | A | Int./Div. | J | T | Buy (add'l) | 03/13/13 | J | | |
| 156.  USAA Real Return UIRRX) | A | Int./Div. | J | T | | | | | |
| 157.  USAA Short Term Bond Fund (UISBX) | A | Int./Div. | J | T | Buy (add'l) | 06/24/13 | J | | |
| 158.  USAA S&P Index (USPRX) | A | Dividend | J | T | | | | | |
| 159.  USAA Tax Exempt Intermediate Term(USATX) | A | Int./Div. | L | T | Buy (add'l) | 03/13/13 | J | | |
| 160.  USAA Tax Exempt Long Term (USTEX) | A | Int./Div. | K | T | Buy (add'l) | 03/13/13 | J | | |
| 161.  USAA Tax Exempt Short Term (USSTX) | A | Int./Div. | L | T | Buy (add'l) | 03/13/13 | J | | |
| 162.  USAA Bank Checking Accounts ▨ | A | Int./Div. | K | T | | | | | |
| 163.  Vaguard Dividend Appreciation (VIG) | A | Dividend | | | Sold | 04/16/13 | J | A | |
| 164.  Vanguard MSCI Emerging Markets ETF (VWO) | A | Int./Div. | K | T | Sold (part) | 06/26/13 | J | | Sold at loss |
| 165.  Varian Medical Systems (VAR) | A | Dividend | | | Sold | 05/21/13 | J | A | |
| 166.  Virtus Quality Small Cap (PXQSX) | A | Dividend | J | T | | | | | |
| 167.  Visa (V) | A | Dividend | J | T | Buy | 08/27/13 | J | | |
| 168.  Vodaphone Group PLC (VOD) | A | Dividend | J | T | | | | | |
| 169.  Wabtec Corp (WAB) | A | Dividend | | | Sold | 04/15/13 | J | A | |
| 170.  Wal Mart Stock (WMT) | B | Dividend | M | T | Donated (part) | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 09/23/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Wells Fargo Stock (WFC) | A | Dividend | K | T | | | | | |
| 172. Wells Fargo CMA, Checking | A | Interest | J | T | | | | | |
| 173. Wells Fargo Sweep Accounts IRA and 60 and 57 Accounts | A | Interest | J | T | | | | | |
| 174. Western District Warehouse Stock | A | Dividend | | | Redeemed | 11/12/13 | J | B | |
| 175. Yahoo Inc (YHOO) | A | Dividend | J | T | Buy | 01/14/13 | J | | |
| 176. Wisdom Tree EMG Markets SMCAP (DGS) | A | Dividend | J | T | Buy | 06/26/13 | J | | |
| 177. Wisdomtree Trust JP Total Dividend Fund (DXJ) | A | Dividend | | | Sold | 04/16/13 | J | A | |
| 178. 1/2 Interest ▮▮▮▮▮ Taylorsville, KY | A | Rent | N | W | | | | | |
| 179. 1/2 Interest ▮▮▮▮▮ Laporte, IN | G | Rent | O | W | | | | | |
| 180. Fidelity Mutual Life Ins Co. | A | Interest | J | T | | | | | |
| 181. Mass Mutual Life Insurance Policies | B | Dividend | M | T | | | | | |
| 182. Peoples Bank Taylorsville Sav Act (▮▮ Cemetary Trust) | A | Interest | J | T | | | | | |
| 183. REGIONS BANK ▮▮ Trust | A | Interest | | | Distributed | 06/17/13 | J | | Closed at death of CS |
| 184. REGIONS Bank, Nashville Checking | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I

▮ Trust distributed on death ▮ in 2013. Value at distribution from saavings account less than $1000. See Line 183

Part VII

Line 45  All stock was sold 10/31/12 error on 2012 report should have shown sale not purchase on 10/31/12 Sale amount was code J gain was code A.

Line 76. Purchase of stock was less than 1000 at time of purchase in 2013 but value at end of 2013 was over 1000.

Line 109 This includes all funds ▮▮▮▮▮ as Custodian Part I lines 5-11 in  OHIO 529 College Plan . All shares listed under  Blackrock

Line 182  Trust value under 1000 at time of final  distribution  on death ▮

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 09/23/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joe B. Brown**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544